162

## ALEXANDER v. STATE.
### No. 25422.

Court of Criminal Appeals of Texas.
Oct. 31, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is theft of cattle; the punishment, three years in the penitentiary.

There being no statement of facts or bills of exception in the record, the judgment of the trial court is affirmed.